**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ATHENS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | |
| | : | **No. 3:19-CR-02-7 (CAR)** |
| **LESLY GARCIA,** | : | |
| | : | |
| **Defendant.** | : | |
| _____ | : | |

## <u>ORDER ON GOVERNMENT'S MOTION TO DISMISS INDICTMENT</u>

Before the Court is the Government's Motion to Dismiss the above-styled Indictment against Defendant Lesly Garcia pursuant to Federal Rule of Criminal Procedure 48(a). As good cause, the Government represents that Defendant entered and successfully completed a pre-trial diversion program.

After careful consideration, the Court finds good cause to grant the Government's request. Accordingly, the Court **GRANTS** the Government's Motion to Dismiss Indictment [Doc. 275] and hereby **ORDERS** the pending Indictment in Case No. 3:19-CR-02-7 (CAR) against Defendant Lesly Garcia to be **DISMISSED**.

**SO ORDERED,** this 10th day of June, 2022.

s/ C. Ashley Royal_____
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT